CONRAD M. BRAKER, Respondent, *v.* NEW YORK FINANCE
COMPANY, Appellant.

*Braker* v. *N. Y. Finance Co.*, 148 App. Div., 884, appeal dismissed.
(Submitted April 29, 1912; decided May 7, 1912.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered December 29, 1911, which
reversed an order of Special Term granting leave to
defendant to serve an amended answer.

The motion was made upon the grounds that the order
appealed from was not a final order; that it was not
shown it was not discretionary, and that permission to
appeal had not been obtained.

*Safford A. Crummey* for motion.

*Asa L. Carter* opposed.

Motion granted, without costs.